DAVID ZARMI - State Bar No. 245636
dzarmi@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Non-Parties
Patricia L. Glaser and Kerry Garvis Wright

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>BENJAMIN KOZIOL,<br><br>  Defendant. | CASE NO.: CR-18-00022-CAS<br><br>Hon. Christina A. Snyder<br><br>**NON-PARTIES PATRICIA L. GLASER AND KERRY GARVIS WRIGHT'S NOTICE OF MOTION AND MOTION TO QUASH DEFENSE SUBPOENAS AND TO JOIN ENTERTAINER AND MANAGER'S MOTION TO QUASH; DECLARATION OF DAVID ZARMI**<br><br>DATE: May 23, 2018 |

NON-PARTIES' NOTICE OF MOTION AND MOTION TO QUASH DEFENSE SUBPOENAS AND TO JOIN ENTERTAINER AND MANAGER'S MOTION TO QUASH

1494258

1  PLEASE TAKE NOTICE THAT Non-Parties Patricia L. Glaser and Kerry Garvis Wright hereby move this Court, pursuant to Federal Rule of Criminal Procedure 17(c)(2), for an order quashing the criminal subpoenas served by the defense commanding that they testify and produce documents to the Court by May 23, 2018.

This motion is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

DATED:  May 23, 2018

GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP

By: _____

DAVID ZARMI
Attorneys for Non-Parties
Patricia L. Glaser and Kerry Garvis Wright

---

NON-PARTIES' NOTICE OF MOTION TO QUASH DEFENSE SUBPOENAS AND TO JOIN ENTERTAINER
AND MANAGER'S MOTION TO QUASH

# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NON-PARTIES' MOTION TO QUASH DEFENSE SUBPOENAS

This motion concerns two defense subpoenas that were received on May 18, 2018 by two of Manager's former attorneys, Patricia L. Glaser and Kerry Garvis Wright ("Non-Parties"), partners in the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP ("Glaser Weil"), requesting: "(1) Copies of all contractual agreements between Manager and Entertainer operative at any time between December 1, 2015 and January 19, 2018; and (2) Copies of all retainer agreements between Manager and Entertainer and their counsel including Lynn A. Neils, Kerry Garvis Wright, J. Reid Hunter, Joseph Perry, Patricia L. Glaser, and Gary Stiffelman, in connection to matters involving Jordan Sweet and Benjamin Koziol."

Counsel for Entertainer and Manager were similarly served with defense subpoenas and also have filed today a motion to quash those subpoenas. Additionally, their counsel has already submitted to this Court a copy of the relevant retainer agreement between Manager and Glaser Weil.

As to item (1), Non-Parties do not have, and have never had, in their possession any responsive documents. As to item (2), Non-Parties hereby move to join the Entertainer's and Manager's motion to quash subpoenas, and assert each cited authority set forth in the Entertainer's and Manager's papers.

Based on the foregoing, Non-Parties respectfully request that this Court quash the subpoenas served upon them.

DATED: May 23, 2018

GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP

By: /s/

DAVID ZARMI
Attorneys for Non-Parties
Patricia L. Glaser and Kerry Garvis Wright

## DECLARATION OF DAVID ZARMI

I, DAVID ZARMI, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and am an Associate of the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP, attorneys of record herein for Non-Parties Patricia L. Glaser and Kerry Garvis Wright. I make this declaration in support of Non-Parties' Motion to Quash Defense Subpoenas. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. Non-Parties were served with two respective defense subpoenas on May 18, 2018 directing them to appear to testify and produce the following categories of documents by May 23, 2018: "(1) Copies of all contractual agreements between Manager and Entertainer operative at any time between December 1, 2015 and January 19, 2018; and (2) Copies of all retainer agreements between Manager and Entertainer and their counsel, including Lynn A. Neils, Kerry Garvis Wright, J. Reid Hunter, Joseph Perry, Patricia Glaser, and Gary Stiffelman, in connection to matters involving Jordan Sweet and Benjamin Koziol" (the "First Request" and "Second Request," respectively).

3. Also on May 18, 2018, I am informed that Entertainer and Manager were served with defense subpoenas that requested, inter alia, the same documents as those requested from Non-Parties.

4. On May 23, 2018, I am informed that Entertainer and Manager filed a Motion to Quash or Modify Subpoenas and hand-delivered to this Court redacted copies of the retainer agreement between Glaser Weil and Manager.

5. Non-Parties do not have, and have never had, in their possession any documents responsive to the First Request, and the only document in their possession, custody, and control responsive to the Second Request is the retainer agreement between Glaser Weil and Manager, a true and correct copy of which I am informed

was delivered to this Court on May 23, 2018 by Entertainer and Manager's counsel via hand delivery.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing facts are true and correct.

Executed on May 23, 2018 at Los Angeles, California.

_____
DAVID ZARMI

4
DECLARATION OF DAVID ZARMI IN SUPPORT OF NON-PARTIES' MOTION TO QUASH DEFENSE SUBPOENAS AND TO JOIN ENTERTAINER AND MANAGER'S MOTION TO QUASH

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, 19th Floor, Los Angeles, California 90067.

On May 23, 2018, I served the foregoing document(s) described as **NON-PARTIES PATRICIA L. GLASER AND KERRY GARVIS WRIGHT'S NOTICE OF MOTION AND MOTION TO QUASH DEFENSE SUBPOENAS; DECLARATION OF DAVID ZARMI** on the interested parties to this action by delivering thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

SEE ATTACHED LIST

☐ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☐ **(BY OVERNIGHT DELIVERY)** I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows: I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☐ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on May 23, 2018 at Los Angeles, California.

*Cecily Harrison*
Cecily Harrison

---
1
PROOF OF SERVICE

1494258

## SERVICE LIST

Christy O'Connor
Email: Christy_O'Connor@fd.org
Waseem Salahi
Email: Waseem_Salahi@fd.org
Deputy Federal Public Defenders
321 East Second Street
Los Angeles, CA 90012
Tel.: (213) 894-5669
Fax: (213) 894-0081