# REDACTED



FILED
CLERK, U.S. DISTRICT COURT
MAY 31 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NO.:       CR18-22-CAS
CASE TITLE:     U.S.A. v. BENJAMIN KOZIOL

## JURY NOTE NO. 01

___ The Jury has reached a unanimous verdict.

_X_ The Jury requests the following:

_(See Attached Notes)_

Court's response:

Date & Time:

Dated this _30_ day of _May_, 2018

Time: _____ A.M./P.M.

_____
Foreperson of the Jury

05/29/18

To whom it may concern,

   I, Jonathan Junquh, will be unable to be present for jury duty following the 31st of May (Thursday). Due to my MPH program portion of my dual degree at Touro University beginning on the 3rd of June, and as I have agreements to move into housing on the 1st, I will be in Vallejo, CA from the 1st of June on. Flights have also been purchased to facilitate moving logistics, which cannot be refunded to my wife and I.

   I fully understand the honor of serving as a juror, and plead for your acceptance that it is/was/and will not be my intention to deliberately avoid presenting for service. I sincerely regret, and apologize for any inconvenience that I may cause you and anyone associated with the trial.

   Thank you,

05-30-18

- on Wednesday the 6th next week, can I Please take off, ~~cou~~ Because I have a family emangancy to drop of at the airport, Because they dont have any one to take them. I would of calld a taxi for Drop off, but they are just visiting here and they dont speak any enghish so they wont know how to take care inside the airport Its very Important Because I have no other choise

Thank You Very much

I received a call last night to start a job on Monday, June 4th. I am the primary provider of my family. It is important that I start work on Monday. The job lasts 3 to 4 weeks.

I would still like to be a member of the Jury but wanted to inform you of my situation.