# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | 2:18-CR-00022-CAS - 1 | Date | May 31, 2018 |
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Interpreter | N/A | | |

| Catherine M. Jeang | Lisa Gonzalez/Terri Hourigan | Ann Kim, AUSA/Eddie Jauregui, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| BENJAMIN KOZIOL | X | X | | CHRISTY O'CONNOR, DFPD | X | X | |
| | | | | WASEEM SALAHI, DFPD | X | X | |

_____ Day COURT TRIAL     3RD Day JURY TRIAL     _____ Death Penalty Phase

_____ One day trial;   _____ Begun (1st day);   X Held & continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made

X Witnesses called, sworn and testified.

X Exhibits identified     X Exhibits admitted

_____ Government rests.     _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made     _____ Court instructs jury     _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused     _____ Jury retires to deliberate     _____ Jury resumes deliberations

_____ Finding by Court as follows:     _____ Jury Verdict as follows:

Dft # _____ _____ Guilty on count(s)     _____ Not Guilty on count(s)

_____ Jury polled     _____ Polling waived

_____ Filed Witness & Exhibit lists     X Filed Jury notes     _____ Filed Jury Instructions     _____ Filed Jury Verdict

Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # _____ remanded to custody.   Remand/Release# _____ issd.   Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

X Case continued to **June 1, 2018**, at **9:30 A.M.** _____ for further trial/further jury deliberation.

05 : 52

Initials of Deputy Clerk     CMJ